No. 217. AUGLAIZE BOX BOARD COMPANY *v.* BESSIE HINTON, ETC., ET AL. Error to the Supreme Court of the State of Ohio. Motion to dismiss or affirm submitted October 25, 1920. Decided November 8, 1920. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of: (1) *California Powder Works* v. *Davis*, 151 U. S. 389, 393; *Cuyahoga River Power Co.* v. *Northern Realty Co.*, 244 U.

S. 300, 303; *Bilby* v. *Stewart*, 246 U. S. 255, 257; *Farson, Son & Co.* v. *Bird*, 248 U. S. 268, 271.  (2) *Farrell* v. *O'Brien*, 199 U. S. 89, 100; *Goodrich* v. *Ferris*, 214 U. S. 71, 79; *Chicago, Rock Island & Pacific Ry. Co.* v. *Maucher*, 248 U. S. 359, 362; *Berkman* v. *United States*, 250 U. S. 114, 118.  Mr. Earl H. Turner for plaintiff in error.  Mr. J. H. Goeke, Mr. T. T. Ansberry and Mr. George T. Farrell for defendants in error.